UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Willows on France, LLC,

    Plaintiff,

v.

American Family Mutual Insurance Company and
Quality Trusted Commercial Construction &
Roofing, Inc.,

    Defendants.

Civil No. 08-5307 (JNE/FLN)
ORDER

Willows on France, LLC, brought this action against American Family Mutual Insurance Company (American Family Mutual) in state court. American Family Mutual removed the action to this Court pursuant to 28 U.S.C. § 1332 (2006). After removal, Willows on France and American Family Mutual stipulated to the joinder of Quality Trusted Commercial Construction & Roofing, Inc. (Quality Roofing), as a defendant. It is undisputed that Willows on France is a citizen of Minnesota, *see OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007); *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004), and that Quality Roofing is a citizen of Minnesota, *see* 28 U.S.C. § 1332(c)(1). Accordingly, the Court remands this action to state court. *See id.* § 1447(e).

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

    1.    The Clerk of Court shall REMAND this action to Minnesota's Fourth Judicial District.

Dated: June 1, 2009

                                                s/ Joan N. Ericksen
                                                JOAN N. ERICKSEN
                                                United States District Judge